CHIEF JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 04-251 RSL |
| Plaintiff, | ) ) | ORDER GRANTING |
| v. | ) ) | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE |
| KENNETH WILLIAM STONE, | ) ) | AND PRE-SENTENCING MOTIONS DUE DATE |
| Defendant. | ) ) ) | |

This matter having come before the Court on the defendant's unopposed motion to continue the date set for sentencing for at least sixty days, the Court having reviewed the pleadings of the parties and the records and files herein, it is now, therefore,

ORDERED that:

Sentencing is hereby continued from June 2, 2006, to September 12, 2006 at 8:30 a.m., in courtroom 15106. The pre-sentencing motions due date is August 18, 2006.

//

//

(PROPOSED) ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE
SENTENCING DATE & PTM'S DUE DATE
(*Kenneth Stone;* #04-251RSL)                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1

2   DONE this 31st day of May, 2006.

3

4                                          *signature*
                                           Robert S. Lasnik
5                                          United States District Judge

6

7   Presented by:

8

9   s/  Timothy R. Lohraff
    WSBA  # 32145
10  Attorney for Kenneth W. Stone
    Federal Public Defender's Office
11  1601 Fifth Avenue, Suite 700
    Seattle, WA   98101
12  Phone:   (206) 553-1100
13  Fax:       (206) 553-0120
    tim_lohraff@fd.org
14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE
SENTENCING DATE & PTM'S DUE DATE
(*Kenneth Stone;* #04-251RSL)                    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**