UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH W. STONE,<br><br>Defendant. | No. CR04-251RSL<br><br>ORDER DENYING MOTION FOR COPIES OF PHOTOGRAPHIC EVIDENCE AND FOR AN EXTENSION OF SELF-REPORTING DATE |

This matter comes before the Court on defendant's motion for copies of photographic evidence and to extend his self-reporting date to the Bureau of Prisons (Dkt. #309). This motion was submitted in the form of a letter to the Court on January 4, 2007.

With regard to defendant's request for certain photographic evidence, the Government assures the Court that this evidence has been produced on multiple occasions to defendant's prior counsel in the course of discovery. Further, the Government maintains that such evidence will be produced to defendant's new counsel if requested in conjunction with the preparation of an appeal. Because defendant has offered no reason why he requires such evidence to be produced again at this time, this portion of the motion is denied.

Defendant also requests more time to report to prison so that he can assist his new counsel in the preparation of his appeal. Defendant was sentenced on November 9, 2006 and the Court permitted him to self-report to the Bureau of Prisons no sooner than January 5, 2007

ORDER DENYING MOTION FOR COPIES
 OF PHOTOGRAPHIC EVIDENCE AND FOR
AN EXTENSION OF SELF-REPORTING DATE -1

1  to allow him the opportunity to spend the holidays with his family.  Defendant has offered no
2  basis to justify a further extension of this date.  As such, this portion of defendant's motion is
3  denied as well.
4       For all the foregoing reasons, defendant's motion is DENIED (Dkt. #309).
5       DATED this 16th day of January, 2007.

                                             /s/ Robert S. Lasnik
                                       Robert S. Lasnik
                                       United States District Judge

ORDER DENYING MOTION FOR COPIES
 OF PHOTOGRAPHIC EVIDENCE AND FOR
AN EXTENSION OF SELF-REPORTING DATE -2